Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.    10-14154 |
| Douglas Duell | Chapter      13 |
|      Debtor | |
| Douglass Duell | |
|      Plaintiff | |
| Bank of America | |
|      Defendant | |
| _____/ | **AP No      10-01155** |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT VALUING LIEN OF BANK OF AMERICA AT $0 AND AVOIDING LIEN UPON DISCHARGE

On November 11, 2010  Debtor filed an adversary proceeding to value and avoid the junior lien held by Defendant Lienholder Bank of America which affects 16744 Glenda Drive, Guerneville, CA 95446 (APN  071-120-034-000), which lien was recorded in the Sonoma County Recorder's Office on or about 9/02/2004 as document 2004135883 (hereinafter the Lien). At a hearing on May 23, 2011, Defendant Lienholder Bank of America did not appear, and the court entered Defendant Lienholder's default. Therefore, Plaintiff Debtor requests that the court grant the attached proposed order and judgment.

Date: June 13, 2011

/s/ Evan Livingstone
Evan Livingstone
Attorney for Debtor

10-01155 - Request for Entry of Default Judgment Valuing Lien of Bank of America at $0 and Avoiding Lien Upon Discharge – Page 1

Case: 10-01155    Doc# 6    Filed: 06/13/11    Entered: 06/13/11 17:48:54    Page 1 of 4

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.    10-14154 |
| Douglas Duell | Chapter    13 |
|      Debtor | |
| Douglass Duell | |
|      Plaintiff | |
| Bank of America | |
|      Defendant | |
| _____/ | **AP No    10-01155** |

PROPOSED ORDER AND JUDGMENT VALUING LIEN AS $0

AND AVOIDING LIEN UPON DISCHARGE OF DEBTOR

On November 11, 2010  Debtor filed a complaint to value the lien of Bank of America (hereinafter Lienholder) against the property commonly known as 16744 Glenda Drive, Guerneville, CA 95446, Sonoma County AP #071-120-034-000, which lien was recorded in the Sonoma County Recorder's Office on or about 9/02/2004 as document 2004135883 (hereinafter the Lien).

At a hearing on May 23, 2011, Defendant Lienholder Bank of America did not appear, and the court entered Defendant Lienholder's default. Therefore, the court hereby orders as follows.

10-01155 - Request for Entry of Default Judgment Valuing Lien of Bank of America at $0 and Avoiding Lien Upon Discharge – Page 2

Case: 10-01155    Doc# 6    Filed: 06/13/11    Entered: 06/13/11 17:48:54    Page 2 of 4

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Bank of America is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

Case: 10-01155   Doc# 6   Filed: 06/13/11   Entered: 06/13/11 17:48:54   Page 3 of 4

1    Evan Livingstone, SBN 252008
Attorney at Law
2    740 4th St. Suite 215
Santa Rosa CA 95404
3    Phone: (707) 206-6570
Fax: (707) 676-9112
4    Email: evanlivingstone@sbcglobal.net

5    Attorney for Debtors

1    Evan Livingstone, SBN 252008
Attorney at Law
2    740 4th St. Suite 215
Santa Rosa CA 95404
3    Phone: (707) 206-6570
Fax: (707) 676-9112
4    Email: evanlivingstone@sbcglobal.net

5    Attorney for Debtors

6

7

8             UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10   In re: | Case No. | 10-14154 |
|     Douglas Duell | Chapter | 13 |
| 11          Debtor | | |
|     Douglass Duell | | |
| 12          Plaintiff | | |
|     Bank of America | | |
| 13          Defendant | | |

13   _____/    **AP No    10-01155**

14             CERTIFICATE OF SERVICE

15       I hereby certify that on June 13, 2011, pursuant to BR Local Rule 9014-1(b)(4), a copy of

16   above REQUEST FOR ENTRY OF DEFAULT JUDGMENT VALUING LIEN OF BANK OF

17   AMERICA AT $0 AND AVOIDING LIEN UPON DISCHARGE as well as a copy of Debtor(s)

18   PROPOSED ORDER ON MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0

19   AND AVOID LIEN ON DISCHARGE, was served, to the United States Trustee and the Chapter

20   13 Trustee, electronically and to the creditor listed below by first-class mail.

21       Brian T. Moynihan, CEO and President
         c/o Benjamin Nachimson
22       Law Offices OF Benjamin Nachimson
         11755 Wilshire Boulevard, Fifteenth Floor
23       Los Angeles, California 90025

    Date: June 13, 2011         /s/ Evan Livingstone
24                      Evan Livingstone

10-01155 - Request for Entry of Default Judgment Valuing Lien of Bank of America at $0 and Avoiding Lien Upon Discharge – Page 4

Case: 10-01155    Doc# 6    Filed: 06/13/11    Entered: 06/13/11 17:48:54    Page 4 of 4