# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re

Douglas Duell,                           Bankruptcy Case No. 10-14154

           Debtor(s).

Douglas Duell                            Adversary Case No. 10-1155

           Plaintiff,

v.

Bank of America,;                        **FILED**
BAC Home Loan Servicing,                 JUN 15 2011

                           U.S. BANKRUPTCY COURT
           Defendants.     SANTA ROSA, CA

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Bank of America; BAC Home Loan Servicing

Therefore, default is entered as authorized by bankruptcy Rule 7055.

JUN 15 2011                              Gloria L. Franklin
_____                          Clerk of the Bankruptcy Court
Date

                           By: _____
                           Deputy Clerk  KAI LEE LIU

|  |  |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

1  
2  

3  In re  
   Douglas Duell,                                    Case No. 10-14154  
4                                                    Chapter: 13  

5  _____Debtor(s)._____/  

6  Douglas Duell                                     A.P. No. 10-1147  

7  

8        Plaintiffs,  

9  v.  

10 Bank of America;  
   BAC Home Loans Servicing,  
11  
         _____Defendants._____/  
12  

## CERTIFICATE OF MAILING
13  

14     The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District
   of California hereby certifies that a copy of the attached document was mailed to all parties listed
15 below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.  

16  

17 Dated: June 15, 2011                              Kai Kee Lau  
                                                    Deputy Court Clerk  
18  

19  
   Bank of America  
20 401 N Tyron Street  
   Charlotte, NC 28255  
21  

22  
   BAC Home Loans Servicing  
23 401 N Tryon St  
   NC1-021-02-20  
24 Charlotte, NC 28255  

25  
26  
27  
28